THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK NASTASI, Defendant, Impleaded with FRANK CRISAFI, Appellant.—Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN HEFT, Appellant, Impleaded with Another.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW ROCCO, Appellant.—Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MCCLAREN RUBBER COMPANY, Respondent, v. WESTMINSTER TIRE CORPORATION, Appellant.— The issues involved in the determination of the question of release of the claim set forth in the counterclaim will be determined on a trial of the original claim, and no useful purpose will be served by a separate trial of these issues. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy and Sherman, JJ.

PAUL S. VAN BAARN, Respondent, v. WESLEY L. WHEELER and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

# SECOND DEPARTMENT, DECEMBER, 1931.

AQUEHONGA REAL ESTATE CORPORATION, Respondent, v. JACOB A. FINE, Defendant; SONBAR REALTY CORPORATION, Appellant.— In view of the decision on the appeal (Aquehonga Real Estate Corp. v. Fine, post, p. 856), decided herewith, the motion for a stay and for an extension of time is dismissed. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

AQUEHONGA REAL ESTATE CORPORATION, Respondent, v. JACOB A. FINE, Defendant, and SONBAR REALTY CORPORATION, Appellant. – On argument, order denying motion of defendant Sonbar Realty Corporation to compel plaintiff to serve an amended complaint affirmed, without costs, with leave to said defendant to answer within five days from service of a copy of the order herein; counsel to agree as to the numbering of the paragraphs of the complaint. — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

JOSEPH LUNTZ, Respondent, v. HERBAL FLAXOLYN CORPORATION and THE KELLS COMPANY, Appellants.— Motion for stay granted upon condition that appellants perfect the appeal for Friday, December eleventh (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

KENSINGTON SECURITY BANK AND TRUST COMPANY, a Pennsylvania Corporation, Respondent, v. SEASHORE AND SUBURBAN REALTY CORPORATION, a Foreign Corporation, and Others, Defendants; JAMES L. PENNEY, Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, December eleventh (for which day the case is set down), and be ready for argument when